# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00348-CV

**Aletha Jane Jaso, Appellant**

**v.**

**Anthony James Keith, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT
### NO. 04-913-F395, HONORABLE TAMARA ARRINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss her appeal, explaining that the parties have settled their dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellant's Motion

Filed: August 26, 2011